# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBIN CLEVELAND

VERSUS

OUR LADY OF THE LAKE
HOSPITAL, INC., ET AL

NO. 2020 CW 0312

**JUNE 19, 2020**

---

In Re:     Our Lady of the Lake Hospital, Inc., applying for
           supervisory writs, 19th Judicial District Court,
           Parish of East Baton Rouge, No. 677879.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT NOT CONSIDERED.** The relator failed to provide the pertinent court minutes corresponding to the January 6, 2020 hearing held on its exception of prescription in violation of Uniform Rules of Courts of Appeal Rule 4-5(C)(10). Additionally, this court is unable to address the merits of the relator's writ application without a copy of the transcript of the January 6, 2020 hearing, including identification of evidence admitted at the hearing.

Supplementation of this writ application and/or application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4 and 2-18.7. Any new application must be filed no later than July 20, 2020 and must contain a copy of this ruling.

**VGW
JMG
WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment of the Louisiana Supreme Court.